■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAN MURILLO, Appellant. [851 NYS2d 364]—Appeal by the defendant from a judgment of the County Court, Nassau County (Sullivan, J.), rendered June 8, 2006, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Mastro, J.P., Rivera, Balkin and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NNAMDI OKOLO, Appellant. [851 NYS2d 897]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed March 28, 2007, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Ritter, Miller and Angiolillo, JJ., concur.